**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-35594-DRC |
| | § | |
| MICHAEL PISCORAN | § | |
| SUSAN PISCORAN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 07/06/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/25/2012      By:  /s/ David E. Grochocinski
                                      (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 08-35594-DRC |
|---|---|---|
| | § | |
| MICHAEL PISCORAN | § | |
| SUSAN PISCORAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $90,026.85
*and approved disbursements of* $30,600.30
*leaving a balance on hand of[1]:* $59,426.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Department of the Treasury | $70,213.85 | $70,213.85 | $0.00 | $38,182.80 |

Total to be paid to secured creditors: $38,182.80
Remaining balance: $21,243.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $7,751.34 | $0.00 | $7,751.34 |
| David E. Grochocinski, Trustee Expenses | $306.66 | $0.00 | $306.66 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD, Attorney for Trustee Fees | $11,402.50 | $0.00 | $11,402.50 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD, Attorney for Trustee Expenses | $260.01 | $0.00 | $260.01 |
| SCOTT HOREWITCH PIDGEON & | $1,365.00 | $0.00 | $1,365.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | | | |
|---|---|---|---|
| ABRAMS, LLC, Accountant for Trustee Fees | | | |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

        Total to be paid for chapter 7 administrative expenses:     $21,335.51
        Remaining balance:     ($91.76)

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:     $0.00
        Remaining balance:     ($91.76)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

        Total to be paid to priority claims:     $0.00
        Remaining balance:     ($91.76)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,569.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Coman & Anderson, P.C. | $1,048.50 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | $6,716.16 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | $10,656.63 | $0.00 | $0.00 |
| 5 | CHASE BANK USA, NA | $7,658.67 | $0.00 | $0.00 |
| 6 | CHASE BANK USA, NA | $13,374.28 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 7 | PYOD LLC its successors and assigns as assignee of | $1,918.46 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR | $396.43 | $0.00 | $0.00 |
| 9 | Albert and Rose Fremer | $12,800.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: ($91.76)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: ($91.76)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: ($91.76)

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 08-35594-DRC
Michael J Piscoran Chapter 7
Susan L Piscoran
     Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 3                   Date Rcvd: May 29, 2012
                              Form ID: pdf006             Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2012.
```
db/jdb        #+Michael J Piscoran,   Susan L Piscoran,    3 Danada Dr.,    Wheaton, IL 60189-2009
aty            +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty            +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,     1900 Ravinia Place,
                 Orland Park, IL 60462-3760
13005623      ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services Inc,    P O Box 183853,
                 Arlington, TX 76096)
13005622       Albert M. Lindeman,    1925 Stonehedge Avenue,    Palatine, IL 60067
13005621       +Albert and Rose Fremer,    6640 Lakefront,    Montague, MI 49437-9223
13005624       +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
13005625       +Amrcn Hm Mtg,   Po B  631730,    Irving, TX 75063-0002
13005627       +CBCS,    236 East Town Street,    Columbus, OH 43215-4631
14349868       CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13005649      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court:  Washmtl/Prov,    Po Box 9180,    Pleasanton, CA 94588)
13005626       +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
13005628       Chase,    Bank One Card Serv,    Westerville, OH 43081
13005629       +Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
13005630       +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13005631       +Codilis & Associates, P.C.,    15W030 North Frontage Rd., Suite 10,    Burr Ridge, IL 60527-6921
13560465      #+Coman & Anderson, P.C.,    2525 Cabot Drive,    Suite 300,    Lisle, Illinois 60532-0916
13005632      #+Coman & Anderson, P.C.,    c/o James A Hochman,    2525 Cabot Drive Suite 300,
                 Lisle, IL 60532-0916
13005635       +Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709-0154
13005637      #+Ehrenberg & Egan, LLC,    330 N. Wabash Ave., Suite 2905,    Chicago, IL 60611-7606
13005638      #+Elizabeth Piscoran,    1914 Schomer Court,    Aurora, IL 60505-1058
13005639       +Grove Dental Assoc,    55 E. Loop Rd, Suite 201,    Wheaton, IL 60189-1938
13005640       +Harris N.A.,    111 W Monroe,    Chicago, IL 60603-4095
13005641       +Harris N.A.,    PO Box 6201,    3800 Golf Road, 300-B,    Rolling Meadows, IL 60008-4005
13005644       +Louis P. Vitullo,    Wildman, Harrold Allen & Dixon LLP,    225 W. Wacker Dr. Suite 3000,
                 Chicago, IL 60606-3007
13005645       +Randy Nickels,    24 E. Downer Place,    Aurora, IL 60505-3302
13005646       +Shefsky & Froelich,    111 E. Wacker Drive, Suite 2800,    Chicago, IL 60601-4277
13005647       +Target N.B.,    Po Box 673,    Minneapolis, MN 55440-0673
13005648       +Toyota Mtr,    1801 S Meyers Rd,    Oakbrook Terra, IL 60181-5242
13005650       William and Mary Fremer,    946 SE 10th Street,    Pompano Beach, FL 33060-9557
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14082360       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2012 11:41:08
                AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK  73124-8838
13833703      +E-mail/Text: bncmail@w-legal.com May 30 2012 08:40:46       CHASE BANK USA,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13763012       E-mail/PDF: mrdiscen@discoverfinancial.com May 30 2012 07:43:03       DISCOVER BANK,
                DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO  43054-3025
13005634       E-mail/PDF: mrdiscen@discoverfinancial.com May 30 2012 07:43:03       Discover Fin,    Pob 15316,
                Wilmington, DE 19850
13005636      +E-mail/Text: collector@dupageco.org May 30 2012 08:14:48       DuPage County Treasurer,
                421 N. County Farm Road,    First Floor South,    Wheaton, IL 60187-3978
13005642       E-mail/Text: cio.bncmail@irs.gov May 30 2012 06:43:47       Department of the Treasury,
                Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 21126,
                Philadelphia PA 19114
13005643       E-mail/Text: bnckohlsnotices@becket-lee.com May 30 2012 07:28:45       Kohls/Chase,
                N56 W17000 Ridge,    Menomonee Fall, WI 53051
13834772      +E-mail/Text: resurgentbknotifications@resurgent.com May 30 2012 07:12:55
                PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13544994      Coman & Anderson, P.C.
13560611      Coman & Anderson, P.C.
13005633      Commonwealth Annuity & Life Company
                                                                                  TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: May 29, 2012
                              Form ID: pdf006            Total Noticed: 38

             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3                  Date Rcvd: May 29, 2012
                              Form ID: pdf006            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2012 at the address(es) listed below:

```
          Adham   Alaily    on behalf of Creditor   HARRIS N.A. aalaily@ehrenbergeganlaw.com
          Ariane   Holtschlag    on behalf of Plaintiff   David E. Grochocinski lawyers@ggl-law.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@ggl-law.com,
           lawyers@ggl-law.com
          David E Grochocinski    dgrochocinski@ggl-law.com,    deg@trustesolutions.net
          David J Frankel    on behalf of Creditor   AmeriCredit. dfrankel@sormanfrankel.com,
           bbehanna@sormanfrankel.com
          David P Lloyd    on behalf of Trustee David Grochocinski dlloyd@ggl-law.com
          Gloria C  Tsotsos    on behalf of Creditor   American Home Mortgage Servicing, Inc.
           nd-three@il.cslegal.com
          Jay L Dahl    on behalf of Debtor Michael Piscoran Jaydahllaw@gmail.com
          Jose G Moreno    on behalf of Creditor   American Home Mortgage Servicing, Inc.
           nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```